## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONNELLE NORTH BERGEN, LLC and** | : | **CIVIL ACTION** |
| **THOMAS VERRICHIA,** | : | |
| *Petitioners*, | : | |
| **v.** | : | |
| | : | |
| **SB-PB VICTORY, L.P.,** | : | |
| *Respondent.* | : | **NO.  23-cv-03136** |

## O R D E R

**AND NOW,** this 9th day of November 2023, upon consideration of the Petitioners'

Petition to Vacate Arbitration Award (ECF No. 1) and Respondent's Cross-Motion to Confirm

the Award (ECF No. 16), and for the reasons stated in the accompanying Memorandum, it is

hereby **ORDERED** that Petitioners' petition to vacate the award (ECF No. 1) is **DENIED**, and

Respondent's cross-motion to confirm the award (ECF No. 16) is **GRANTED**.

The Clerk of Court is DIRECTED to close the above-captioned matter.


                                                    **BY THE COURT:**

                                                    **/s/ Chad F. Kenney**
                                                    _____
                                                    **CHAD F. KENNEY, JUDGE**